AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RICHARD DEEDS,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:11-cv-00257-RCJ-VPC**

JACK PALMER, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is DENIED.

  April 26, 2011                                **LANCE S. WILSON**
                                                        Clerk

                                                  /s/ Katie Lynn Ogden
                                                      Deputy Clerk